**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| LEIDY SIOMARA MARTINEZ MARTINEZ,<br><br>                Petitioner,<br>         v.<br><br>JAIME RIOS., et al.,<br><br>                Respondents. | No. 5:26-cv-01248-SSS-BFM<br><br>**ORDER TO SHOW CAUSE REGARDING HABEAS PETITION (FEDERAL CUSTODY)** |

On March 2, 2026, District Judge Sunshine S. Sykes issued an order granting Petitioner Leidy Siomara Martinez Martinez's petition for writ of habeas corpus and enjoining Respondents from detaining Petitioner unless she was provided with an individualized bond hearing pursuant to 8 U.S.C. § 1226(a) within 7 days of the Court's order. *Martinez v. Rios*, No. 5:26-cv-00679-SSS-BFM, 2026 WL 576010, at *1 (C.D. Cal. Mar. 2, 2026).

On March 17, 2026, Petitioner Leidy Siomara Martinez Martinez filed another Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 alleging violations of the Immigration and Nationality Act, Administrative Procedures Act, and due process. (ECF 1 (Petition).) Petitioner alleges that she

sought a bond redetermination hearing before an Immigration Judge. (Petition ¶ 4.) The Immigration Judge, however, denied Petitioner's request for bond, saying he lacked jurisdiction over the bond hearing. (ECF 1 ¶ 4.)

Considering the record and to facilitate the just, speedy, and inexpensive determination of this action, **IT IS ORDERED**:

1.     The Clerk shall promptly serve a copy of the Petition and a copy of this Order on Respondents and the United States Attorney, or his authorized agent, in accordance with Rule 4(i) of the Federal Rules of Civil Procedure and Appendix C to the Local Rules.

2.     Within **one day of service of this Order**, counsel who will be handling the case on behalf of Respondents shall enter a notice of appearance.

3.     **On or before 4 p.m. on March 23, 2026, Respondents are ordered to show cause**, in writing, why Petitioner should not be granted relief based on apparent noncompliance with Judge Sykes's earlier order. *See* 28 U.S.C. § 2243 ("A court, justice or judge entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto."); *Martinez*, 2026 WL 576010, at *1 (C.D. Cal. Mar. 2, 2026). The response does not need to address all the claims in the Petition on this tight timeline, but does need to address compliance with the Court's previous order.

4.     The Court sets a hearing on this Order to Show Cause for **March 24, 2026, at 10:00 a.m.** The hearing will be held in person in Courtroom 780 of the Roybal Federal Courthouse, 255 E. Temple Street, Los Angeles, California, 90012.

5.     A courtesy copy of this Order shall be emailed to AUSA Jack Meyer (jack.meyer@usdoj.gov), who was counsel of record for Respondents in

Petitioner's previous case. The parties are welcome to attempt to resolve this case informally between now and the hearing, and if they reach a resolution and file a status report to that effect, the hearing will be taken off calendar.

IT IS SO ORDERED.

DATED: March 19, 2026    _____

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

3